# MEMORANDUM DECISIONS

CALIFORNIA NAVIGATION & IMPROVEMENT CO. v. UNION TRANSP. CO. (Circuit Court of Appeals, Ninth Circuit. 1910.) No. 1,769. Appeal from the District Court of the United States for the Northern District of California. A. L. Levinsky and Page, McCutchen & Knight, for appellant. Nathan H. Frank, J. C. Campbell, William H. Metson, and R. W. Campbell, for appellees.

PER CURIAM. On motion of Mr. N. H. Frank, and pursuant to stipulation filed July 5, 1910, ordered decree entered in favor of the appellees in the sum of $25,000, with interest therein from June 25, 1910, at the rate of 6 per cent. per annum. Decree entered accordingly. See, also, 176 Fed. 533.

---

ENNIS & STOPPANI v. AMERICAN TRUST & SAVINGS BANK. (Circuit Court of Appeals, Seventh Circuit. May 20, 1910.) No. 1,697. On petition to review and revise, in matter of law, proceedings of the District Court of the United States for the Northern District of Illinois. Harrison Musgrave and John H. S. Lea, for petitioner.

PER CURIAM. Petition to review and revise dismissed on motion of petitioner April 19, 1910. See, also, 171 Fed. 755.

---

THE H. A. BAXTER. (Circuit Court of Appeals, Second Circuit. June 14, 1910.) No. 265. Appeal from the District Court of the United States for the District of Connecticut. This is a limited appeal from a decree of the District Court, District of Connecticut, confirming master's report and adjudging that certain of the libelants recover against the steam tug H. A. Baxter certain sums of money in satisfaction of certain liens for wages, repairs, and supplies. The opinion of the District Judge is found in 172 Fed. 260. De Lagnel Berier, for appellant. Tracy Waller and Charles B. Waller, for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. We do not think that on the papers before him the District Judge abused his discretion in refusing to open the decree pro confesso. While that decree stands the allegation therein, which was an essential to the relief asked for, that supplies and repairs were furnished to the foreign vessel on the request of her master and owner must be considered to be a proved fact. Even if the question were considered to be open, there is such conflict in the evidence which is before us that we would not feel prepared to disturb the finding of the master and the District Judge, who evidently had testimony before them which is not before us. We see no reason why appellant's claim should have been reduced arbitrarily by striking out all items prior to May 2, 1907, but the claim is not found in the record, and we can make no specific disposition of it. It is thought that this proposition is academic because liens superior to appellant's will practically exhaust the fund. The decree is affirmed, with costs of this appeal to the Baxter against appellant.

---

ILLINOIS COMMERCIAL MEN'S ASS'N v. McCORMACK. (Circuit Court of Appeals, Seventh Circuit. May 20, 1910.) No. 1,605. In Error to the Circuit Court of the United States for the Northern District of Illinois. James Maher, for appellant. Curtis H. Remy and C. D. O'Brien, for appellee.

PER CURIAM. Judgment affirmed November 5, 1909. See, also, 159 Fed. 114, 86 C. C. A. 304.